THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ISAAC ZUCKER, Appellant.

*People* v. *Zucker*, 20 App. Div. 363, affirmed.
(Argued December 1, 1897; decided December 17, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 13, 1897, which affirmed a judgment of a Criminal Trial Term, entered upon a verdict convicting defendant of the crime of arson in the first degree.

*Benjamin Steinhardt* for appellant.

*John D. Lindsay* for respondent.

Judgment affirmed on opinion of PATTERSON, J., below. All concur.